FILED IN OPEN COURT
ON ____1|6|21 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-7-1D(4)

UNITED STATES OF AMERICA

v.

MARCO ANTONIO HERRERA-ROBLES
  a/k/a "Marco Antonio Herrera-Rubles"

**INDICTMENT**

The Grand Jury charges that:

On or about January 25, 2016, in the Eastern District of North Carolina, the defendant, MARCO ANTONIO HERRERA-ROBLES, also known as "Marco Antonio Herrera-Rubles," an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

____1 - 6 - 2021____
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney